# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SLEEP MANAGEMENT LLC,** § | | |
| d/b/a VIEMED, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No. 5:20-cv-00969 | |
| § | | |
| § | | |
| **VYAIRE MEDICAL, INC.,** § | Judge Juneau | |
| d/b/a CAREFUSION RESPIRATORY § | | |
| TECHNOLOGIES § | Magistrate Judge Hanna | |
| § | | |
| Defendant. § | | |

## STIPULATION OF JOINT DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Sleep Management LLC d/b/a VieMed and Defendant and Counter-Plaintiff Vyaire Medical, Inc., d/b/a Carefusion Respiratory Technologies (collectively, the 'Parties') hereby jointly **DISMISS WITHOUT PREJUDICE** all claims and counterclaims asserted by the Parties in this action.  Each of the Parties shall bear its own costs, expenses, and attorneys' fees.

**SO STIPULATED.**

Dated:  December 8, 2020                Respectfully submitted:

By: /s/ Nadia de la Houssaye
Nadia de la Houssaye (#24777)
**JONES WALKER LLP**
600 Jefferson St., Suite 1600
Lafayette, Louisiana 70502-3408
Telephone: (337) 593-7600
Facsimile: (337) 593-7601
Email: ndelahoussaye@joneswalker.com

503884818 v1

        Beth W. Petronio
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5815
Facsimile: (214) 939-5849
Email: beth.petronio@klgates.com

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT SLEEP MANAGEMENT, LLC d/b/a VIEMED**


BY: /s/ *McDonald G. Provosty*
QUENTIN F. URQUHART JR.
(La. Bar No. 14475)
MCDONALD G. PROVOSTY
(La. Bar No. 29389)
CARLOS A. BENACH
(La. Bar No. 36797)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101

**ATTORNEYS FOR DEFENDANT AND COUNTER-PLAINTIFF, VYAIRE MEDICAL INC., D/B/A CAREFUSION RESPIRATORY TECHNOLOGIES**

## CERTIFICATE OF CONFERENCE

     Pursuant to the Federal Rules of Civil Procedure and the Local Rules, I hereby certify that I conferred with counsel for Defendant and Counter-Plaintiff and that no party opposes this Stipulation.

_____
Nadia de la Houssaye

503884818 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2020, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by CM/ECF, email or U.S. mail.

_____
Nadia de la Houssaye

503884818 v1